**RECEIVED**

OCT 3 1 2011

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 6:06-60074-07 |
| VERSUS | * | JUDGE DOHERTY |
| ANTONIO LUNA VALDEZ, JR. (07) | * | MAGISTRATE JUDGE HILL |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

**IT IS ORDERED** that Antonio Luna Valdez Jr.'s Motion to Dismiss [rec. doc. 829] is **DENIED and DISMISSED as MOOT**, reserving Valdez' right to present evidence in support of all arguments asserted in his Motion to Dismiss the second superseding indictment.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 31 day of October, 2011.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE