RECEIVED
JAN 3 1 2012
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 06-60074 |
| VERSUS | JUDGE DOHERTY |
| ANTONIO VALDEZ, JR. (07) | MAGISTRATE JUDGE HILL |

## JUDGMENT

This matter was referred to United States Magistrate Judge Michael C. Hill for Report and Recommendation. After an independent review of the record, and consideration of the objections filed, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own.

With regard to defendant's objections [Doc. 1013], the only objection this Court need address is that found at p. 10, which states as follows:

> Antonio Valdez objects to the R&R on the Court's specific holding . . . that *Basurto* does not apply in that Valdez only requests the Court's use of its supervisory power to dismiss the indictment. Antonio Valdez has asserted due process claims throughout the entirety of his pleadings and has not in any way waived that due process review.

[Doc. 1013, p.10] The Court finds, to the extent defendant seeks dismissal of the second superceding indictment on the basis of violations of his due process rights, for those factual reasons addressed by the Magistrate Judge, the objection is OVERRULED, as defendant has not shown prejudice sufficient to warrant dismissal. *See e.g. Bank of Nova Scotia v. United States*, 487 U.S. 250, 254 (1988); *United States v. Whitfield*, 590 F.3d 325, 358-59 (5th Cir. 2009); *United States v. Agu*, 245 F.3d 791, *1 (5th Cir. 2000).

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Antonio Luna Valdez, Jr.'s Motion to Dismiss [Doc. 919] is **DENIED**.

THUS DONE AND SIGNED in Chambers, Lafayette, Louisiana this ___31___ day of, ___January___, 2012.

_____
REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE

COPY SENT
DATE 2-1-2012
BY CB
TO via fax: Richard McCoy/Willis