RECEIVED

JUN 1 5 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 6:06-60074-07 |
| | CIV. NO. 6:15-0577 |
| VERSUS | JUDGE DOHERTY |
| ANTONIO LUNA VALDEZ, JR. | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and consideration of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Antonio Luna Valdez, Jr.'s §2255 Motion be **DENIED and DISMISSED WITH PREJUDICE** consistent with the report and recommendation.

Lafayette, Louisiana, this 15 day of June, 2017.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE